```
                                        FILED
                              CLERK, U.S. DISTRICT COURT

                                   JUL - 9 2013

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SA CR No. 13-  **CR13-0105** |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | [18 U.S.C. § 371: Conspiracy to Commit Wire Fraud] |
| THOMAS "TOMMY" IAZETTA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

A.    INTRODUCTORY ALLEGATIONS

    1.    At all times relevant to this Indictment:

        a.    Hewlett Packard ("HP") was a company that produced and sold computer equipment.

        b.    HP offered a program called the "Volume Big Deal" program, also known as ("aka") the "Big Deal" program.  The Big Deal program offered special discounts substantially greater than others offered by HP, including to HP's Channel Partners (authorized re-sellers).  The Big Deal program required a party entering into the program to represent that the products obtained through the program were not to be resold to anyone other than

WLH:wlh

1  the specifically identified end customer/end user.  HP also

2  required parties entering into the program to provide specific

3  information about the end customer/end user and the purpose for

4  the equipment.  All Big Deal requests were reviewed by multiple

5  departments at HP prior to any approval.  If approved, HP would

6  issue a "Big Deal Letter" authorizing the discounted pricing.

7          c.   Defendant THOMAS "TOMMY" IAZETTA ("defendant

8  IAZETTA") resided and conducted business in the State of New

9  York.

10         d.   S.J. and H.D. were unindicted coconspirators and

11 were employees of a company located in Irvine, California

12 ("Company A").

13 B.   THE OBJECTS OF THE CONSPIRACY

14      2.   Beginning on a date unknown in or about 2006, and

15 continuing through on or about August 11, 2009, in Orange County,

16 within the Central District of California, and elsewhere,

17 defendant IAZETTA, S.J., and H.D., together with others known and

18 unknown to the United States Attorney, knowingly combined,

19 conspired, and agreed to commit the following offense against the

20 United States:  Wire Fraud, in violation of Title 18, United

21 States Code, Section 1343.

22 C.   THE MANNER AND MEANS OF THE CONSPIRACY

23      3.   The objects of the conspiracy were carried out, and to

24 be carried out, in substance, as follows:

25         a.   Defendant IAZETTA and others known and unknown to

26 the United States Attorney, to obtain Big Deal discounts from HP,

27 falsely represented to HP that they were purchasing products for

28 specific end customers'/end users' use and not for resale use

2

1  when, in truth and in fact and as defendant IAZETTA well knew,
2  defendant IAZETTA intended to sell the products to Company A for
3  resale.

4        b.   Once defendant IAZETTA obtained the discounted
5  products from HP, the products were shipped to Company A.

6        c.   Company A resold and facilitated the resale of the
7  discounted HP products for less than legitimate HP Channel
8  Partners could even purchase the products, much less sell them.

9  D.   OVERT ACTS

10      4.  In furtherance of the conspiracy and to accomplish its
11  object, defendant IAZETTA, together with others known and unknown
12  to the United States Attorney, committed the following overt
13  acts, among others, in the Central District of California and
14  elsewhere:

15  Overt Act No. 1:  On or about April 30, 2008, defendant
16  IAZETTA submitted an "HP Volume Big Deal Product Request Form" to
17  HP that contained false statements about the purported end user.
18  In truth and in fact, and as defendant IAZETTA well knew,
19  defendant IAZETTA and his co-conspirators intended the products
20  to be sold to Company A.

21  Overt Act No. 2:  On or about March 9, 2009, defendant
22  IAZETTA sent S.J. and H.D. an e-mail attaching an HP Big Deal
23  letter request.

24  Overt Act No. 3:  On or about March 23, 2009, defendant
25  IAZETTA sent S.J. and H.D. an e-mail asking for assistance in
26  preparation for a meeting with HP.

27  Overt Act No. 4:  On or about April 1, 2009, defendant
28  IAZETTA sent S.J. an e-mail asking S.J. to give "Nelson . . . the

3

1   heads up in case Hp wants to talk w/ him on the phone for a

2   couple of minutes."   "Nelson" was an individual who S.J. had

3   recruited to pose as the contact for "Mira Business," a company

4   represented by the co-conspirators to be a subsidiary of KB

5   Qwest, in an attempt to get a Big Deal Letter.   In truth and in

6   fact, and as defendant IAZETTA well knew, "Mira Business" was

7   fictitious.

8       <u>Overt Act No. 5</u>:   On or about April 2, 2009, S.J. sent an

9   e-mail to defendant IAZETTA providing a new address for "Mira

10  Business."

11      <u>Overt Act No. 6</u>:   On or about April 7, 2009, defendant

12  IAZETTA sent S.J. an e-mail instructing S.J. to have "Nelson"

13  respond to an HP inquiry regarding Mira Business because the lack

14  of response from the purported end user had caused HP to decline

15  the request.

16      <u>Overt Act No. 7</u>:   On or about April 14, 2009, defendant

17  IAZETTA sent S.J. an e-mail regarding information that defendant

18  IAZETTA wanted S.J. to provide regarding Mira Business.

19      <u>Overt Act No. 8</u>:   On or about April 15, 2009, defendant

20  IAZETTA sent H.D. an e-mail regarding a potential way to reduce

21  shipping costs by shipping the Big Deal products directly to

22  Company A but then stating "of course that will look bad and you

23  have a paper trail from you to me to the manufactuer

24  [sic] . . . ."

25      <u>Overt Act No. 9</u>:   On or about May 11, 2009, defendant

26  IAZETTA copied S.J. on an e-mail to "Nelson" regarding an HP

27  inquiry.

28      <u>Overt Act No. 10</u>:   On or about May 21, 2009, S.J. sent an

1  e-mail to defendant IAZETTA asking whether defendant IAZETTA was

2  "going to close that deal with Nelson?" and adding "He TOTALLY

3  wants to play ball."

4       Overt Act No. 11:   On or about May 27, 2009, defendant

5  IAZETTA forwarded S.J. an e-mail to HP that attached a HP Volume

6  Big Deal Product Request for Mira Business.

7       Overt Act No. 12:   On or about July 10, 2009, defendant

8  IAZETTA copied S.J. on an e-mail in which defendant IAZETTA

9  stated that he could not return certain product to HP because of

10 "[i]ssues . . . ( serial number, etc)" that "could jepordise

11 [sic] [defendant IAZETTA's] business, Hp authorization and legal

12 issues."

13      Overt Act No. 13:   On or about August 4, 2009, defendant

14 IAZETTA sent S.J. an e-mail asking for information "from Nelson."

15      Overt Act No. 14:   On or about August 6, 2009, defendant

16 IAZETTA sent an e-mail to S.J. asking for a wire transfer payment

17 and for information from "Nelson" for "KB Qwest."

18      Overt Act No. 15:   On or about August 6, 2009, defendant

19 IAZETTA forwarded to S.J. and H.D. an e-mail attaching an "HP

20 Volume Big Deal Product Request Form" for Mount Pleasant Agency

21 ("MPA").  This request contained multiple material

22 misrepresentations about MPA, including the misrepresentation

23 that the products would actually be sold to MPA.   In truth and in

24 fact, and as defendant IAZETTA well knew, the products were

25 intended for sale to Company A.

26 ///

27 ///

28 ///

1     <u>Overt Act No. 16</u>:   On or about August 11, 2009, defendant

2 IAZETTA forwarded to S.J. and copied H.D. on an email from HP

3 seeking information about "Mount Pleasant Agency."

4                       ANDRÉ BIROTTE JR.
                      United States Attorney

5

6

7                       ROBERT E. DUGDALE
                      Assistant United States Attorney

8                       Chief, Criminal Division

9                       WESLEY L. HSU
                      Assistant United States Attorney

10                      Chief, Cyber and Intellectual
                     Property Crimes Section

11

12                       LISA E. FELDMAN
                     Assistant United States Attorney

13                      Cyber and Intellectual
                     Property Crimes Section

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28